# In the United States Court of Federal Claims

**No. 03-2844 T**

**ROBERT L. HIRX AND ROSE LOCASIO,**
**a/k/a ROSE HIRX,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Published Opinion & Order, filed October 16, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs recover of and from the United States the sum of $121,439.90. No costs.

Brian Bishop
Clerk of Court

**October 19, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.