**U.S. Department of Justice**

Tax Division

*Washington, D.C. 20530*

RTM:DDG:WEThompson:wet
154-2037
CMN 2004102058

October 2, 2007

Honorable Brian Bishop
Clerk, United States Court
of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20005

Re: Robert L. Hirx and Rose Locasio,
a/k/a Rose Hirx v. United States
Federal Claim No. 03-2844 T

Dear Mr. Bishop:

The proceeds of the Judgment award in the above case have been completely offset to a number of unpaid tax liabilities of the Plaintiffs. A credit in the amount of $121,782.42, including additional interest of $342.52, has been transferred to the debts as per the enclosed Notice of Adjustment.

Kindly see that the Judgment is marked satisfied.

Sincerely yours,

RICHARD T. MORRISON
Acting Assistant Attorney General
Tax Division

By: David D. Gustafson

DAVID D. GUSTAFSON
Chief, Court of Federal Claims Section

Enclosure